BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4-401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-cr-00334 AWI |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING GOVERNMENT'S |
| | ) | REQUEST FOR RELEASE OF SEALED |
| v. | ) | TRANSCRIPT PURSUANT TO PROTECTIVE |
| | ) | ORDER |
| | ) | |
| DAVID NELSON, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorneys, having filed a Request for Release of Sealed Transcript Pursuant to a Protective Order in the above-entitled case; and good cause appearing therefore;

IT IS HEREBY ORDERED that the Government's Request for for Release of Sealed Transcript Pursuant to a Protective Order is granted and the Sealed Portions of the Transcript of Proceedings on June 9, 2008 shall be provided to the Stanislaus County District Attorney's Office and only used in personnel proceedings as to Aaron Gallagher. The transcript shall be made available in such proceedings to only those individuals associated with the proceedings but shall not be disseminated for any other purpose. A copy of this protective order shall be served by the Chief

///

///

1

Criminal Investigator on any individual to whom the transcript is released pursuant to the terms of this Order.

IT IS SO ORDERED.

Dated: June 13, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE